UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 12-4973-MWF(RZx)                              Date: June 27, 2013

Title:       Justin Tarlow v. All Fun Gifts Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                          None Present
    Courtroom Deputy               Court Reporter

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff is ordered to show cause, in writing, no later than July 15, 2013, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

____  Proof of service of summons and complaint

_X_   Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

____  An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)

    No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Deputy Clerk __rs__

(Rev. 10/1/04)